**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

SEAH STEEL VINA CORPORATION,

                              Plaintiff,

   v.

UNITED STATES,

                              Defendant.

SUMMONS

Court No. 23-00256

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of
U.S. Customs and Border Protection, and/or the United States International Trade
Commission:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to
28 U.S.C. § 1581(c) to contest the determination described below.



   **/s/ Mario Toscano**
   Clerk of the Court

1.   The plaintiff in this action is SeAH Steel VINA Corporation, which is a foreign
manufacturer and exporter of the merchandise that is the subject of the determination
being contested and was a party to the proceeding that resulted in the determination being
contested.  Plaintiff is, therefore, an interested party as described in 19 U.S.C.
§ 1677(9)(A) and has standing to bring this action under 19 U.S.C. § 1516a(d) and
28 U.S.C. § 2631(c).
(Name and standing of plaintiff)

2.   Plaintiff contests certain aspects of the final determination by the U.S. Department of
Commerce that certain circular welded non-alloy steel pipe is being exported from the
Socialist Republic of Vietnam in circumvention of the antidumping duty order on certain
circular welded non-alloy steel pipe from the Republic of Korea.  *See Certain Circular
Welded Non-Alloy Steel Pipe from the Republic of Korea: Final Affirmative
Determination of Circumvention of the Antidumping Duty Order*, 88 Fed. Reg. 77270
(November 9, 2023).
(Brief description of contested determination)

3.      The final determination of the circumvention inquiry of the antidumping duty order on certain circular welded non-alloy steel pipe from the Republic of Korea was set forth in a document signed on November 2, 2023.  The notice was published in the *Federal Register* on November 9, 2023.

(Date of determination)

4.      The notice of the final determination of the circumvention inquiry of the antidumping duty order on certain circular welded non-alloy steel pipe from the Republic of Korea was mailed on November 6, 2023.  The final determination was published in the *Federal Register* on November 9, 2023.  This summons is filed within 30 days of the date of mailing of the notice of the final determination and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(ii).

(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Jeffrey M. Winton

Jeffrey M. Winton
Michael J. Chapman
Amrietha Nellan
Vi N. Mai
Jooyoun Jeong
Ruby Rodriguez

WINTON & CHAPMAN PLLC
1100 13th Street, N.W., Suite 825
Washington, DC 20005
Telephone: (202) 774-5503
Email: jwinton@winton.law

*Attorney for Plaintiff SeAH Steel Corporation*

December 6, 2023
Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

On behalf of the United States
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
26 Federal Plaza
Room 346
New York, NY 10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

On behalf of the U.S. Department of Commerce
General Counsel
U.S. Department of Commerce
14th Street & Constitution Ave., N.W.
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for
Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., N.W.
Washington, DC 20230