## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SEAH STEEL VINA CORPORATION,<br><br>               Plaintiff,<br>v.<br>UNITED STATES,<br><br>               Defendant,<br>and<br>BULL MOOSE TUBE COMPANY, et al.,<br><br>               Defendant-Intervenors. | **Court No. 23-00256** |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable Mark A. Barnett.

Dated at New York, New York, this 7th day of July, 2025.

                                                     /s/ Mark A. Barnett
                                                      Mark A. Barnett
                                                      Chief Judge