# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| SEAH STEEL VINA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Court No. 23-00256 |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| BULL MOOSE TUBE COMPANY, *et al.*, | ) |
| | ) |
| Defendant-Intervenors. | ) |
| | ) |
| | ) |

## ORDER

Upon consideration of the defendant's consent motion for extension of time, it is hereby

**ORDERED** that defendant's motion is granted; and it is further

**ORDERED** that Commerce shall file its remand redetermination on or before

Thursday, April 30, 2026; and it is further

**ORDERED** that on or before May 11, 2026, the certified list of administrative record

documents and joint status report as described in the Court's December 16, 2025, order will be

filed.

/s/ Mark A. Barnett
JUDGE

Dated: March 10, 2026
New York, New York